

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00566-CR

**EX PARTE GEORGE RODRIGUEZ, JR.**

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 14-03-11476-CR
The Honorable Camile G. Dubose, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order denying appellant's application for writ of habeas corpus seeking relief from double jeopardy is AFFIRMED.

SIGNED January 11, 2017.

Sandee Bryan Marion, Chief Justice